UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN MORICI | § § § | Docket No. 2:23-cv-04555 |
| Versus | § § § | Judge: LANCE M AFRICK |
| STATE FARM INSURANCE COMPANY | § § | Magistrate Judge: JANIS VAN MEERVELD |

---

### JOINT MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant this Joint Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, JOHN MORICI, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 27, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel attempted to contact the client again and successfully spoke with the client. The client informed undersigned counsel that they do not wish to pursue the claim any further.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim without prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim without prejudice.

Respectfully Submitted,

/s/Pamela V. Hansen  
PATRICK D. DEROUEN(#20535)  
CHAD J. PRIMEAUX (#30024)  
PAMELA V. HANSEN (#20398)  
DEROUEN LAW FIRM  
650 Poydras Street, Suite 1913  
New Orleans, Louisiana 70130  
Phone: 504-274-3660  
Email: pderouen@derouenlaw.com  
cprimeaux@derouenlaw.com  
phansen@derouenlaw.com  
**ATTORNEYS FOR DEFENDANT**

/s/ Mark Ladd  
MARK LADD (30847)  
GALINDO LAW FIRM  
3850 North Causeway Blvd.  
Ste. 1520  
Metairie, Louisiana 70002  
Ph. 713-228-3030  
Fax 713-228-3003  
Email:hurricane@galindolaw.com  
**ATTORNEYS FOR PLAINTIFF**